IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASSANDRA JEAN BRUCE,

    Plaintiff,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS, a public entity,
DANIEL H. HEYNS, in his official
capacity as Director of the Michigan
Department of Corrections,
MILLICENT WARREN, in her official
capacity as former Warden of the Huron
Valley Correctional Facility,
JOANN KOCISKY, MS. DICK, MR. BURNETT,
RUO COOK, ARUS PERRY,
UNNAMED EMPLOYEES OF HURON VALLEY
CORRECTIONAL FACILITY, and
UNNAMED EMPLOYEES OF HURON VALLEY
CORRECTIONAL FACILITY'S HEALTHCARE
AND OPTOMETRY DEPARTMENTS, each
and all in their official and individual capacities,

    Defendants.
_____/

Case No. 15-11194

Hon. Gershwin A. Drain

## STIPULATED ORDER OF DISMISSAL

The parties having stipulated and the Court being otherwise advised in the premises,

IT IS ORDERED that the above-captioned matter is hereby dismissed with prejudice and without costs to either party.

                                          /s/Gershwin A Drain
                                          Hon. Gershwin A. Drain
                                          District Court Judge

Stipulated and Agreed:

s/Teresa J. Gorman
Teresa J. Gorman (:P61001)
Teresa J. Gorman, PLLC
Attorney for Plaintiff
363 West Big Beaver Road, Suite 215
Troy, MI 48083
(248) 457-6005
terigorman@aol.com


s/A. Peter Govorchin, with consent
A.Peter Govorchin (P31161)
Attorney for Defendant MDOC
Michigan Department of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-7021
govorchinp@michigan.gov